```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

FILED
MAR 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. 2:13-mj-00065 CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING |
| v. | |
| JASON S. WYMER, | |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN Assistant United States Attorney Matthew G. Morris, counsel for the plaintiff United States of America, and defendant Jason S. Wymer, by and through his counsel Benjamin Galloway, that good cause exists to continue the preliminary hearing currently set for March 15, 2013, at 2:00 p.m. to March 22, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

On March 1, 2013, the defendant was charged by Criminal Complaint with knowingly receiving child pornography in violation of 18 U.S.C. § 2252(a)(2). On that same day, the defendant

appeared before Magistrate Judge Carolyn K. Delaney for his initial appearance. At the initial appearance, Magistrate Judge Delaney set the preliminary hearing for March 15, 2013. The thirty day period for filing an information or indictment in this matter, pursuant to 18 U.S.C. § 3161(b), runs on March 31, 2013.

In the course of ongoing investigation related to this case, the government has arrested two additional defendants: Stormy Avers is charged in case 2:13-mj-00070 and Jolene Davis in case 2:13-mj-00075 with Sexual Exploitation of Minors in violation of 18 U.S.C. § 2251(b). Those two defendants are currently set for preliminary hearings in March 21, 2013, and March 22, 2013, respectively.

The government has represented to defense counsel that defendants Avers and Davis appear likely to either be co-defendants with defendant Wymer in this case, or in the alternative that the government will file a notice suggesting that the three cases are related and should be heard by the same judge pursuant to Local Rule 123.

The defense has requested, and the Government expects to be able to provide before March 14, 2013, pre-indictment discovery of a state search warrant affidavit and the complete contents of text messages that were quoted, in part, in the criminal complaint. In light of that planned discovery, and to allow coordination of the three cases' presentment to the Grand Jury, good cause within the meaning of Rule 5.1(d) exists to extend the time for the preliminary hearing.

The government and defendant agree that the combination of pending discovery production, attorney preparation, and

1 coordination of three potentially related cases, constitute good
2 cause to extend the time for preliminary hearing under Federal
3 Rule of Criminal Procedure 5.1(d), as well as under the Speedy
4 Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).

5     Assistant Federal Defender Galloway agrees with this request
6 and on March 13, 2013, has authorized Assistant United States
7 Attorney Matthew G. Morris to sign this stipulation on his
8 behalf.

10 DATED: March 13, 2013      By: /s/ Matthew G. Morris
    MATTHEW G. MORRIS
11     Assistant U.S. Attorney

13 DATED: March 13, 2013      /s/ Matthew G. Morris for
    BENJAMIN GALLOWAY
14     Attorney for Defendant
    JASON S. WYMER

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for March 15, 2013, is continued to March 22, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including March 22, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: March 19, 2013

HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE