**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Stormy Avers aka Stormy Myers

### UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>        vs.<br><br>Jason S. Wymer, Stormy Mollissa Avers, aka Stormey Myers, and Jolene Davis,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  Cr.S-13-86-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>**DATE: November 14, 2013**<br>**TIME:  9:00 a.m.**<br>**JUDGE:  Hon. Morrison C. England, Jr** |

### STIPULATION

        Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

        1.        By previous order, this matter was set for status conference on November 14, 2013.

2.      By this stipulation, defendants now move to continue the status conference until February 13, 2014 and to exclude time between November 14, 2013 and February 13, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate and request that the Court find the following:

a.      The reasons for this continuance are to allow defense counsel additional time to review discovery with their clients, to examine possible defenses and to continue investigating the facts of the case.  Progress is being made regarding defense investigation.  However, additional time is needed to effectively represent the respective clients.

b.      Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      The government does not object to the continuance.

d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2013 to February 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:      November 12, 2013          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew Morris
                                       by Jan David Karowsky with
                                       Mr. Morris's approval

                                by     Matthew Morris
                                       Assistant U.S. Attorney

DATED:      November 12, 2013          JAN DAVID KAROWSKY
                                       Attorney at Law
                                       A Professional Corporation

                                       /s/ Jan David Karowsky

                                by     JAN DAVID KAROWSKY
                                       Attorney for Defendant
                                       Stormy Avers

DATED:      November 7, 2013           /s/ Benjamin Galloway
                                       Assistant Federal Defender
                                       By Jan David Karowsky with
                                       Mr. Galloway's approval

                                       Attorney for Defendant
                                       Jason Wymer

DATED:      November 7, 2013           /s/ Kresta Daly
                                       Attorney at Law
                                       By Jan David Karowsky with
                                       Ms. Daly's approval

                                       Attorney for Defendant
                                       Jolene Davis

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including February 13, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the November 14, 2013 status conference shall be continued until February 13, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  November 12, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT