HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JASON S. WYMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON S. WYMER, STORMY MOLLISSA ) <br> AVERS, aka Stormy Myers, and JOLENE ) <br> DAVIS, ) <br> ) <br> Defendants. ) | NO. 2:13-CR-00086 MCE <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS CONFERENCE <br><br> DATE:   December 11, 2014 <br> TIME:   9:00 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant JASON S. WYMER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant STORMY MOLLISSA AVERS, by and through her counsel, JAN DAVID KAROWSKY and defendant JOLENE DAVIS, by and through her counsel, KRESTA NORA DALY, that the status conference set for September 25, 2014 be continued to December 11, 2014 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter. In addition, defendants WYMER and AVERS are working to simultaneously resolve a related matter now pending in Sacramento County Superior Court.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 11, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 19, 2014                Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Benjamin Galloway*
                                         BENJAMIN GALLOWAY
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JASON S. WYMER

                                         */s/ Jan David Karowsky*
                                         JAN DAVID KAROWSKY
                                         Attorney for Defendant
                                         STORMY MOLLISSA AVERS

                                         */s/ Kresta Nora Daly*
                                         KRESTA NORA DALY
                                         Attorney for Defendant
                                         JOLENE DAVIS

DATED: September 19, 2014                BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Matthew Morris*
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, ADOPTS the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court ORDERS that the time from the date of the parties stipulation, up to and including December 11, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 25, 2014 status conference shall be CONTINUED until December 11, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT