HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JASON S. WYMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON S. WYMER, STORMY MOLLISSA AVERS, aka Stormy Myers, and JOLENE DAVIS,<br><br>Defendants. | ) NO. 2:13-cr-086 MCE<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>)<br>)<br>) DATE:     September 17, 2015<br>) TIME:     9:00 a.m.<br>) JUDGE:  Hon. Morrison C. England, Jr.<br>) |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant JASON S. WYMER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant STORMY MOLLISSA AVERS, by and through her counsel, JAN DAVID KAROWSKY and defendant JOLENE DAVIS, by and through her counsel, KRESTA NORA DALY, that the status conference set for September 17, 2015 be continued to November 19, 2015 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter. In addition, a jury trial is expected to commence in the next several days in the state prosecution of defendants Wymer and Avers for conduct at issue in this case.

-1-

1  The parties seek to trail the federal case to facilitate resolution following the outcome of the state

2  jury trial.

3          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

4  excluded of this order's date through and including November 19, 2015;  pursuant to 18 U.S.C.

5  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

6  based upon continuity of counsel and defense preparation.

7          Counsel and the defendant also agree that the ends of justice served by the Court granting

8  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

9  DATED: September 15, 2015                    Respectfully submitted,

10

11                                             HEATHER E. WILLIAMS
                                               Federal Defender

12                                             */s/ Benjamin Galloway*
                                               BENJAMIN GALLOWAY
13                                             Assistant Federal Defender
                                               Attorney for Defendant
14                                             JASON S. WYMER

15                                             */s/ Jan David Karowsky*
                                               JAN DAVID KAROWSKY
16                                             Attorney for Defendant
                                               STORMY MOLLISSA AVERS

17

18                                             */s/ Kresta Nora Daly*
                                               KRESTA NORA DALY
19                                             Attorney for Defendant
                                               JOLENE DAVIS

20

21  DATED: September 15, 2015                  BENJAMIN B. WAGNER
                                               United States Attorney

22                                             */s/ Matthew Morris*
                                               MATTHEW MORRIS
23                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff

24

25

26

27

28

1

**O R D E R**

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence.   The Court finds the ends of justice are served by granting the requested

7    continuance and outweigh the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including

9    November 19, 2015, shall be excluded from computation of time within which the trial of this

10   case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12   is further ordered the September 17, 2015 status conference shall be continued until November

13   19, 2015, at 9:00 a.m.

14          IT IS SO ORDERED.

15   Dated:  September 18, 2015

16

17   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
18   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28