HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JASON S. WYMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:13-cr-086 GEB ) |
| v. | ) DEFENDANT'S SENTENCING ) MEMORANDUM |
| JASON S. WYMER, | ) |
| Defendant. | ) DATE:   July 29, 2016 ) TIME:    9:00 a.m. ) JUDGE:  Hon. Garland E. Burrell, Jr. ) |

    The defendant, Jason S. Wymer, through counsel, submits this memorandum for the judgment and sentencing hearing scheduled for July 29, 2016. Pursuant to a plea agreement, Mr. Wymer entered a plea of guilty to a violation of Title 18 USC § 2251(a). He has accepted full responsibility for his conduct.

    The United States Probation Office has prepared a Presentence Report (PSR) and concluded that the advisory sentencing guideline in this case is Total Offense Level 42, Criminal History Category I. This yields an advisory prison term of 360 months, which is the statutory maximum for this offense. (PSR, p. 19.) Mr. Wymer has no objection to the Guideline calculation.

    As the PSR notes, Mr. Wymer has been sentenced in state court to 100 years to life plus 9 years and 8 months in Sacramento County Superior Court Docket 13F07149. (PSR ¶ 46.) The

state court sentence is for the same conduct that is at issue in the present case. Id. For that reason, the PSR recommends that this federal sentence be imposed to run concurrent to the state court sentence in Docket 13F07149. PSR, at p. 20. This is consistent with the provisions of U.S.S.G. § 5G1.3(b)(2).

Pursuant to its obligations under the plea agreement, the government will recommend under USSG § 5G1.3 that the sentence imposed in this case run concurrent to the sentence imposed in Docket l3F07149, "because the conduct in that case is relevant conduct for the offense of conviction and there is an undischarged term of imprisonment in that case." (Plea Agreement at p. 5.)

Mr. Wymer joins the government and probation office and urges the Court to sentence him as the PSR recommends.

DATED: July 22, 2016                                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                        */s/ Benjamin Galloway*
                                                        BENJAMIN GALLOWAY
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        JASON S. WYMER

Defendant's Sentencing Memorandum                -2-