PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00086-GEB |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| STORMY MOLLISSA AVERS, aka STORMY MYERS and JASON S. WYMER, | |
| Defendants. | |

On or about April 1, 2016 (Stormy Mollissa Avers) and May 9, 2016 (Jason S. Wymer), this

Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based

upon the plea agreement entered into between plaintiff and defendants Stormy Mollissa Avers and

Jason Wymer forfeiting to the United States the following property:

    a.  Compaq Computer, Model SR5610F, Serial Number CNX8331FCX; and
    b.  Optical discs containing child pornography.

Beginning on May 21, 2016, for at least 30 consecutive days, the United States published notice

of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

Said published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged

legal interest in the forfeited property;

1

Final Order of Forfeiture

1   The Court has been advised that no third party has filed a claim to the subject property, and the

2   time for any person or entity to file a claim has expired.

3   Accordingly, it is hereby ORDERED and ADJUDGED:

4   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

5   right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of

6   according to law, including all right, title, and interests of Stormy Mollissa Avers and Jason Wymer.

7   2.   All right, title, and interest in the above-listed property shall vest solely in the name of the

8   United States of America.

9   3.   The U.S. Marshals Service shall maintain custody of and control over the subject

10   property until it is disposed of according to law.

11   SO ORDERED.

12   Dated:  September 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

Final Order of Forfeiture